# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2878
_____

PATRICIA REA-MANNA, FORMER
WIFE,

    Appellant,

    v.

JOHN CHRISTOPHER MANNA,
FORMER HUSBAND,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
William S. Henry, Judge.

March 13, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Carroll L. McCauley, Panama City, for Appellant.

Christina Diaz, Cordell Law, LLP, Miami, for Appellee.